LAUTERBACH, Respondent, v. JOSEPH FALLERT BREWING CO., Limited, Appellant. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Action by Amelia Lauterbach against the Joseph Fallert Brewing Company, Limited.

PER CURIAM. The finding that defendant agreed to purchase the property for $11,000, less the lien, is contrary to the weight of the evidence. In case of a new trial, the question of the liens that should be deducted can be considered, and, among others, the interest on the third mortgage and the sum paid for costs, which do not seem to have been deducted upon the trial already had. Judgment and order reversed, and new trial granted; costs to abide the event.

---

LA VALLE, Respondent, v. HINCKLEY CONST. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Action by Antonio La Valle, an infant, etc., against the Hinckley Construction Company. No opinion. Order affirmed, with costs.

---

LAWLESS, Appellant, v. E. B. VAN WAGNER MFG. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Action by David T. Lawless against the E. B. Van Wagner Manufacturing Company. No opinion. Judgment affirmed, with costs.